

United States District Court
Eastern District of California

| Jorge Rivera Larios |
| --- |

Plaintiff(s)

V.

| Minga Wofford et al |
| --- |

Defendant(s)

Case Number: | 1:26-cv-01498-DJC-CKD |

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Claudia Valenzuela

hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff, Jorge Rivera Larios

On ____05/08/2003____ (date), I was admitted to practice and presently in good standing in the

____Supreme Court of Illinois____ (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

✔ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

 See attached.

Date:____02/23/2026____    Signature of Applicant: /s/ Claudia Valenzuela

U.S. District Court – Pro Hac Vice Application and Order          Page 1
Revised July 6, 2021

**Pro Hac Vice Attorney**

Applicant's Name: Claudia Valenzuela

Law Firm Name: Immigrant Legal Defense

Address: 1301 Clay Street

#70010

City: Oakland    State: CA    Zip: 94612

Phone Number w/Area Code: (510) 519-1231

City and State of Residence: Chicago, IL

Primary E-mail Address: claudia@ild.org

Secondary E-mail Address: N/A

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Ilyce Shugall

Law Firm Name: Immigrant Legal Defense

Address: 1301 Clay Street

#70010

City: Oakland    State: CA    Zip: 94612

Phone Number w/Area Code: (415) 758-3765    Bar # 250095

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 24, 2026

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE