UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JORGE RIVERA LARIOS, A-098-920-019,

Petitioner,

v.

MINGA WOFFORD, et al.,

Respondents.

No. 1:26-cv-1498-DJC-CKD P

ORDER

Petitioner filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 19, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. Petitioner filed timely objections to the findings and recommendations. (ECF No. 21.)

The Court has conducted a de novo review, and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 20) are adopted in full.

2. Petitioner JORGE RIVERA LARIOS' (A-098-920-019) petition for writ of habeas corpus under 28 U.S.C. § 2241 is DENIED.

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 15, 2026**

Daniel J. Calabretta
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

8 lari1498.jo.hc.imm